UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANIEL MARTINEZ, | ) | 3:17-CV-0530-RCJ-CLB |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | February 4, 2020 |
| JAMES DZURENDA, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>    LISA MANN    </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Rather than file an opposition to defendants' motion for summary judgment, plaintiff filed a motion "to ask for Judge to chair and decide this case" (ECF No. 39). In this motion, plaintiff asks for either a settlement conference or a bench trial. Plaintiff's motion (ECF No. 39) is **DENIED**.

Plaintiff shall be granted one <u>final</u> opportunity to file an opposition to defendants' motion for summary judgment (ECF No. 27) on or before **Friday, February 14, 2020.** No further extensions of time shall be granted. If plaintiff fails to file an opposition, the court will construe ECF No. 39 as plaintiff's opposition paper.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>        /s/        </u>
Deputy Clerk